IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARCUS ORLANDO TATE a/k/a    )
United Washitaw Empire       )
Sovereignty National         )
Nation State Government,     )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:15cv478-MHT
                             )         (WO)
ROY MOORE and JULIA JORDAN   )
WELLER,                      )
                             )
     Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit in which he appears to challenge a conviction.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

**An appropriate judgment will be entered.**

**DONE, this the 26th day of August, 2015.**

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**