IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARCUS ORLANDO TATE a/k/a   )
United Washitaw Empire       )
Sovereignty National         )
Nation State Government,     )
                             )
     Plaintiff,              )
                             )   CIVIL ACTION NO.
     v.                      )     2:15cv478-MHT
                             )         (WO)
ROY MOORE and JULIA JORDAN   )
WELLER,                      )
                             )
     Defendants.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 24) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(3) This lawsuit is dismissed without prejudice.

All other pending motions and objections are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of August, 2015.

                                            /s/ Myron H. Thompson  
                                        UNITED STATES DISTRICT JUDGE